PROB 12B
(7/93)

Report Date: January 30, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 1 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Dustin Rockstrom | Case Number: 2:07CR00029-002 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 12/11/2007 | Type of Supervision: Probation |
| Original Offense: Armed Bank Robbery, 18 U.S.C. § 2113(a), (d), and 2 | Date Supervision Commenced: 12/11/2007 |
| Original Sentence: Probation - 24 Months | Date Supervision Expires: 12/10/2009 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18  You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

Dustin Rockstrom violated conditions of probation by consuming marijuana on or about January 19, 2008, in violation of standard condition #7, failing to appear for a substance abuse evaluation on January 7 and January 17, 2008, failing to appear for a random drug urinalysis test on January 22, 2008, and failing to respond to a directive given him by the undersigned officer.

On January 24, 2008, Dustin Rockstrom reported to the U.S. Probation Office after failing to appear for phase urine testing on January 22, 2008. The offender submitted a urine specimen which revealed presumptive positive results for marijuana. Initially, the offender denied use when questioned by U.S. probation officer, Shawn Kennicutt. He was instructed to contact the undersigned on January 25, 2008. The offender failed to contact the undersigned as instructed. On January 28, 2008, the offender reported to the office as directed. At that time, he admitted to consuming marijuana while at a gathering with several friends.

**As an intermediate sanction** : Dustin Rockstrom was directed to abstain from illicit substances and to participate in a substance abuse evaluation and follow all recommendations. Urinalysis testing will continue throughout probation. Dustin Rockstrom was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of probation form, Mr. Rockstrom has agreed to the proposed modification requiring him to participate in a residential reentry program.

Prob 12B
**Re: Rockstrom, Dustin**
**January 30, 2008**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of probation be adopted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1-30-08

*Tommy Rosser*

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

1/31/08
Date

✎PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 31 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____     Signed: _____
            Tommy Rosser                                Dustin Rockstrom
      U.S. Probation Officer                   Probationer or Supervised Releasee

                            1-28-08
                             Date

EDWA13 (12/02)

# EASTERN DISTRICT OF WASHINGTON
## U.S. PROBATION AND PRETRIAL SERVICES
## ADMISSION OF DRUG USE

I, Rockstrom, Dustin _____, hereby admit that I have used the following drug(s) on the date(s) indicated below without proper medical authorization in the form of a valid prescription or physician's instructions:

| Marijuana | 1-19-08 |
|---|---|
| DRUG | DATE |
| | |
| DRUG | DATE |
| | |
| DRUG | DATE |

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in U.S. District Court or U.S. Parole Commission proceedings. An admission may also result in my being requested to participate in an assessment and/or recommended treatment.

SIGNED _[signature]_  1-28-08
Defendant/Offender   Date

_[signature]_  1/28/08
USPTSO/USPO   Date